**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6472

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

ROBERT ANTHONY WILLIAMS, a/k/a Black Mikey,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (4:07-cr-00144-RAJ-JEB-1)

Submitted:  July 13, 2015                Decided:  July 20, 2015

Before WILKINSON, GREGORY, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Anthony Williams, Appellant Pro Se. Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Anthony Williams appeals the district court's order granting his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2)(2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Williams</u>, No. 4:07-cr-00144-RAJ-JEB-1 (E.D. Va. Mar. 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>